**No. 48734.**—Petition 6344-R of M. A. Hoenecke (Minneapolis).

Opinion by COLE, J. At the hearing the case was submitted on the uncontradicted testimony of the petitioner, a customs broker with 16 years' experience, who made the entry in question. From consideration of the record and the attitude of the petitioner throughout the entire period from the time entry was first filed until final appraisement, the court found that it reflected a diligent effort on the part of the petitioner to comply with the requirements of the law and stated it had no hesitancy in holding that the entry was without any intention to defraud the revenue, or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 8, 1943

**No. 48735.**—Protest 958245-G of W. X. Huber Co. (Los Angeles).

Opinion by TILSON, J. At the trial, on motion by the plaintiff, the record in a former case was admitted in evidence and another witness was called by the plaintiff, whose testimony was substantially the same as that of the previous witness except as to the period of time covered. This case is similar to *Huber* v. *United States* (6 Cust. Ct. 140, C. D. 448), in which there was an absence of proof that the material of which the merchandise was composed in chief value was not generally known as material for knitting, weaving, or sewing. It was found that in the case at bar this proof was also lacking. Following the cited decision the protest was overruled in all respects.

**No. 48736.**—Protests 888859-G (A), etc., of Eueastern Import Co. (New York).

Opinion by TILSON, J. Following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at only 25 percent was sustained.

**No. 48737.**—Protests 533903-G, etc., of H. W. Peabody & Co. (New York).

Opinion by TILSON, J. The record established that certain of the merchandise consists of "8-bu" paper hats, known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at only 25 percent was sustained.